McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**   FILED  MAR 30 2018  CLERK, U.S. DISTRICT COURT  EASTERN DISTRICT OF CALIFORNIA  BY ___ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSE GARCIA-LOPEZ | CASE NO. 2:18-MJ-0075 AC<br><br>[~~PROPOSED~~] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint and Arrest Warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 3/30/18

_/s/ Allison Claire_
Hon. Allison Claire
U.S. MAGISTRATE JUDGE

SEALING ORDER

1