Anthony J. Palik (SBN 190971)
268 Bush Street, #3838
San Francisco, CA 94104
(415) 724-6519

Attorney for Defendant Santos Leon-Bustamante

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSE GARCIA-LOPEZ, aka<br>SANTOS LEON-BUSTAMANTE,<br><br>　　　　Defendant. | Case No.: 2:18-cr-00076-WBS<br><br>**AMENDED SUBSTITUTION OF ATTORNEY** |

　　　Defendant in the above-entitled matter, SANTOS LEON-BUSTAMANTE, substitutes the above-named attorney as counsel for all purposes to represent him in this case.

　　　AGREED:

　　　Dated: __4/16/2018_____　　　By:___/s/ Santos Leon-Bustamante_____
　　　　　　　　　　　　　　　　　　　　　Defendant

　　　Dated: __4/16/2018_____　　　By:___/s/ Matthew Bockmon_____
　　　　　　　　　　　　　　　　　　　　　Present Counsel

　　　Dated: __4/16/2018_____　　　By:___/s/ Anthony J. Palik_____
　　　　　　　　　　　　　　　　　　　　　Newly Substituted Counsel

　　　SO ORDERED, upon the understanding that Mr. Palik is retained by defendant, and not appointed by the court.

　　　Dated: May 11, 2018　　　　　　_William B. Shubb_____
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE