IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GARCIA-LOPEZ<br>a.k.a. SANTOS LEON BUSTAMANTE<br>a.k.a. RODRIGO LEON BUSTAMANTE<br><br>Defendant. | CASE NO. 2:18-CR-76-WBS<br><br>ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>DATE: June 18, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

The status conference previously scheduled in this matter went forward on June 18, 2018. The Court conferred with counsel regarding the case status. Government counsel informed the Court that discovery is ongoing and that counsel required further time prepare, and requested a continuance. Defense counsel concurred. Based on counsels' representations, the Court finds the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial. The government's request to continue the Status Conference to August 6, 2018 at 09:00 AM in Courtroom 5 before Judge William B. Shubb is therefore GRANTED, with time from June 18, 2018, to August 6, 2018, inclusive, excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4).

**IT IS SO ORDERED**

Dated: June 19, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order

1