McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GARCIA-LOPEZ<br>a.k.a. SANTOS LEON BUSTAMANTE<br>a.k.a. RODRIGO LEON BUSTAMANTE,<br><br>Defendant. | CASE NO. 2:18-CR-76-WBS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 17, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.  By previous order, this matter was set for status on September 17, 2018.

2.  While the parties had discussed, and agreed to, the continuance of the September 17, 2018 status conference with each other, the parties neglected to file with the Court the required Stipulation and [Proposed] Order.

3.  This matter then came on for status at 9:00 a.m. on September 17, 2018. The Court conferred with the defendant directly, who agreed to a continuance of the status conference. Counsel for the United States indicated that he would draft and file a stipulation and proposed order to remedy the earlier failure of the parties to file one.

4.  By this stipulation, the parties move to continue the status conference until October 15, 2018, and to exclude time between September 17, 2018, and October 15, 2018, under Local Code T4.

STIPULATION TO CONTINUE STATUS AND EXCLUDE
TIME; [PROPOSED] FINDINGS AND ORDER

1

5. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that it has produced discovery in the form of investigative reports and photographs, which the defendant needs further time to review, discuss with his counsel, and pursue investigation. The government has also recently made available electronic surveillance discovery, including video surveillance footage, which the defendant will need time to review and discuss with his counsel.

b) Counsel for defendants believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 17, 2018 to October 15, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*Stipulation continued on following page.*]

STIPULATION TO CONTINUE STATUS AND EXCLUDE TIME; [PROPOSED] FINDINGS AND ORDER

2

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 17, 2018 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ *James R. Conolly*<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: September 17, 2018 | */s/ James R. Conolly for Anthony J. Palik, authorized on 09.17.2018*<br>ANTHONY J. PALIK<br>Counsel for Defendant<br>Jose Garcia-Lopez<br>a.k.a. Santos Leon Bustamante<br>a.k.a. Rodrigo Leon Bustamante |

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and having conferred with the defendant directly in open court at the status conference in this matter on September 17, 2018, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 15, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the September 17, 2018 status conference shall be continued until October 15, 2018, at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated: September 18, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE