McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOSE GARCIA-LOPEZ<br>a.k.a. SANTOS LEON BUSTAMANTE<br>a.k.a. RODRIGO LEON BUSTAMANTE,<br><br>                              Defendant. | CASE NO. 2:18-CR-76-WBS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: November 13, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.      By previous order, this matter was set for status on November 13, 2018.

2.      By this stipulation, the parties move to continue the status conference until December 17, 2018, and to exclude time between November 13, 2018, and December 17, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

           a)      The government has represented that it has produced discovery in the form of investigative reports and photographs, which the defendant needs further time to review, discuss with his counsel, and pursue investigation.  The government has also made available electronic surveillance discovery, including video surveillance footage, which the defendant will need time to review and discuss with his counsel.

           b)      Counsel for defendant believes that failure to grant the above-requested

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 13, 2018 to December 17, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*Stipulation continued on following page.*]

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4         IT IS SO STIPULATED.

5    Dated:  November 9, 2018                McGREGOR W. SCOTT
                                            United States Attorney

6                                           /s/ James R. Conolly
7                                           JAMES R. CONOLLY
                                            Assistant United States Attorney

8

9    Dated:  November 9, 2018                /s/ James R. Conolly for Anthony
                                            J. Palik, authorized on
10                                          11.09.2018
                                            ANTHONY J. PALIK
11                                          Counsel for Defendant
                                            Jose Garcia-Lopez
12                                          a.k.a. Santos Leon Bustamante
                                            a.k.a. Rodrigo Leon Bustamante

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# FINDINGS AND ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and having conferred with the defendant directly in open court at the status conference in this matter on September 17, 2018, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 17, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the November 13, 2018 status conference shall be continued until December 17, 2018, at 9:00 a.m.


IT IS SO FOUND AND ORDERED.

Dated: November 13, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE