McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GARCIA-LOPEZ<br>a.k.a. SANTOS LEON BUSTAMANTE<br>a.k.a. RODRIGO LEON BUSTAMANTE,<br><br>Defendant. | CASE NO. 2:18-CR-76-WBS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: February 11, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on February 11, 2019.

2. By this stipulation, the parties move to continue the status conference until March 18, 2019, and to exclude time between February 11, 2019, and March 18, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that it has produced discovery in the form of investigative reports and photographs, which the defendant needs further time to review, discuss with his counsel, and pursue investigation. The government has also made available electronic surveillance discovery, including video surveillance footage, which the defendant will need time to review and discuss with his counsel.

    b) Counsel for defendant believes that failure to grant the above-requested

STIPULATION TO CONTINUE STATUS AND
EXCLUDE TIME; [~~PROPOSED~~] FINDINGS AND
ORDER

1

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 11, 2019 to March 18, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*Stipulation continued on following page.*]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 8, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ *James R. Conolly*<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: February 8, 2019 | /s/ *James R. Conolly for Anthony J. Palik, authorized on 02/07/2019*<br>ANTHONY J. PALIK<br>Counsel for Defendant<br>Jose Garcia-Lopez<br>a.k.a. Santos Leon Bustamante<br>a.k.a. Rodrigo Leon Bustamante |

# FINDINGS AND ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and having conferred with the defendant directly in open court at the status conference in this matter on September 17, 2018, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 18, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the February 11, 2019 status conference shall be continued until March 18, 2019, at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 8, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS AND EXCLUDE TIME; [PROPOSED] FINDINGS AND ORDER

4