Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
Jose Garcia Lopez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE GARCIA LOPEZ,<br><br>　　　　　　　Defendant | CASE NO. 18 CR 0076 WBS<br><br>STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND CONTINUE JUDGEMENT AND SENTENCING TO 5/17/21 AT 9:00 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, James Conolly, and Defendant Jose Garcia Lopez, represented by Attorney Dina Santos, hereby stipulate as follows to reset the briefing schedule and continue Judgment and sentencing as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | May 17, 2021 at 9:00 a.m. |
| Reply, or Statement of Non-Opposition: | May 10, 2021 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 03, 2021 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 26, 2021 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 19, 2021 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | April 2, 2021 |

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

Probation has been advised of the new schedule.

IT IS SO STIPULATED.

Dated:  March 5, 2021                               PHILLIP TALBERT
                                                    United States Attorney

                                                     /s/ James Conolly
                                                    JAMES CONOLLY
                                                    Assistant United States Attorney


Dated:  March 5, 2021                               /s/   Dina L. Santos
                                                    DINA L. SANTOS, ESQ.
                                                    Attorney for Jose Garcia Lopez

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  March 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE