Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
Jose Garcia Lopez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE GARCIA LOPEZ,<br><br>　　　　　　　　　Defendant | CASE NO. 18 CR 0076 WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING TO 1/10/22 AT 9:00 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, James Conolly, and Defendant Jose Garcia Lopez, represented by Attorney Dina Santos, hereby stipulate to continue Judgement and Sentencing to January 10, 2022, at 9:00 a.m. **The Defense respectfully requests that an in-person hearing be conducted on the January 10, 2022 date if possible**.

Probation has been advised of the new date and is available.

IT IS SO STIPULATED.

Dated: November 3, 2021　　　　　　　　　　　　PHILLIP TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　 /s/ James Conolly
　　　　　　　　　　　　　　　　　　　　　　　JAMES CONOLLY
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

Dated: November 3, 2021 /s/  Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for Jose Garcia Lopez

**ORDER**

IT IS SO FOUND AND ORDERED:

The sentencing date is reset for January 10, 2022 at 9:00 a.m.

Defendant's request for an in-person sentencing hearing on January 10, 2022 is hereby **GRANTED**.

Dated: November 4, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE